2014-1376

---

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

VOLCANO CORPORATION,

Plaintiff-Appellant,

v.

ST. JUDE MEDICAL CARDIOVASCULAR AND ABLATION
TECHNOLOGIES DIVISION INC., ST. JUDE MEDICAL CARDIOLOGY
DIVISION INC., ST. JUDE MEDICAL US DIVISION, ST. JUDE MEDICAL
S.C., INC., ST. JUDE MEDICAL SYSTEMS AB,

Defendants-Appellees.

---

Appeal from the United States District Court for the District of Delaware
in No. 13-CV-687-RGA, Judge Richard G. Andrews.

---

**ST. JUDE MEDICAL'S UNOPPOSED MOTION FOR A 30-DAY
EXTENSION OF TIME TO FILE RESPONSE BRIEF**

---

Stuart E. Pollack
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone: (212) 335-4964
Facsimile:  (212) 884-8464

*Attorney for Defendants-Appellees
St. Jude Medical*

## <u>CERTIFICATE OF INTEREST</u>

VOLCANO CORPORATION v. ST. JUDE MEDICAL

No. 2014-1376

Counsel for Defendants-Appellees certifies the following:

1.    The full name of every party or amicus represented by me is:

St. Jude Medical, Cardiology Division, Inc.,
St. Jude Medical Systems AB,
St. Jude Medical S.C., Inc.
St. Jude Medical Cardiovascular and Ablation Technologies Division, Inc.*
St. Jude Medical, U.S. Division*

* These entities do not exist but continue to be listed as parties to the appeal.

2.    The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

N/A

3.    All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

St. Jude Medical, Inc.,
SJM International, Inc.,
St. Jude Medical Luxembourg Holding S.a.r.L.,
St. Jude Medical Luxembourg S.a.r.L.,
St. Jude Medical Holdings BV,
St. Jude Medical AB.

[continued on next page]

4.  The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

DLA Piper LLP (US):  John Allcock, Drew M. Wintringham, Stuart E. Pollack, Stanley J. Panikowski, Tamar Y. Duvdevani, Marc E. Miller, Robert J. Czarnecki, Jr., Nicholas F. Aldrich

Richards, Layton & Finger, P.A.:  Steven J. Fineman, Jason J. Rawnsley

Dated:  April 11, 2014                    Respectfully submitted,

                                          */s/ Stuart E. Pollack*
                                          Stuart E. Pollack
                                          DLA Piper LLP (US)
                                          1251 Avenue of the Americas
                                          New York, NY 10020-1104
                                          Telephone: (212) 335-4964
                                          Facsimile:  (212) 884-8464

                                          *Attorney for Defendants-Appellees*
                                          *St. Jude Medical*

All Defendants-Appellees (collectively "St. Jude Medical") respectfully move for a 30-day extension of time to file their response brief. St. Jude Medical's response brief is currently due on May 9, 2014. With the extension, the due date would be June 9, 2014.

St. Jude Medical has not previously requested an extension of time to file the response brief in this appeal. Counsel for Plaintiff-Appellant has indicated that Plaintiff-Appellant does not oppose the requested extension.

As set forth in the accompanying declaration of Stuart E. Pollack, good cause exists for the requested extension. St. Jude Medical requests the extension to accommodate the other professional and personal commitments of the attorneys who are principally responsible for this appeal, John Allcock and Stuart E. Pollack. These commitments include expert discovery in a parallel case for both of these attorneys, a summary judgment hearing and mock trial in April for attorney Allcock, and a previously scheduled vacation for attorney Allcock starting in early May.

For these reasons, St. Jude Medical respectfully asks the Court to grant this unopposed motion for a 30-day extension of time (to June 9, 2014) to file the response brief in this appeal.

Dated:  April 11, 2014                    Respectfully submitted,

                                          */s/ Stuart E. Pollack*_____
                                          Stuart E. Pollack
                                          DLA Piper LLP (US)
                                          1251 Avenue of the Americas
                                          New York, NY 10020-1104
                                          Telephone: (212) 335-4964
                                          Facsimile:  (212) 884-8464

                                          *Attorney for Defendants-Appellees*
                                          *St. Jude Medical*

2014-1376

---

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

VOLCANO CORPORATION,

Plaintiff-Appellant,

v.

ST. JUDE MEDICAL CARDIOVASCULAR AND ABLATION
TECHNOLOGIES DIVISION INC., ST. JUDE MEDICAL CARDIOLOGY
DIVISION INC., ST. JUDE MEDICAL US DIVISION, ST. JUDE MEDICAL
S.C., INC., ST. JUDE MEDICAL SYSTEMS AB,

Defendants-Appellees.

———————————

Appeal from the United States District Court for the District of Delaware
in No. 13-CV-687-RGA, Judge Richard G. Andrews.

---

**DECLARATION OF STUART E. POLLACK IN SUPPORT OF
ST. JUDE MEDICAL'S UNOPPOSED MOTION FOR A 30-DAY
EXTENSION OF TIME TO FILE RESPONSE BRIEF**

---

Stuart E. Pollack
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone: (212) 335-4964
Facsimile:  (212) 884-8464

*Attorney for Defendants-Appellees*
*St. Jude Medical*

I, Stuart E. Pollack, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.     I am an attorney duly licensed to practice law in the Southern District of New York and the State of New York, and I am admitted to practice before this Court.  I am a Partner with the law firm of DLA Piper LLP (US), counsel of record for Defendants-Appellees ("St. Jude Medical") in appeal No. 2014-1376.  I make this declaration in support of St. Jude Medical's unopposed motion for a 30-day extension of time to file the response brief in this appeal.

2.     St. Jude Medical's response brief is currently due on May 9, 2014.  With the requested extension, the due date would be June 9, 2014.

3.     St. Jude Medical has not previously requested an extension of time to file the response brief in this appeal.

4.     St. Jude Medical requests the extension to accommodate the other professional and personal commitments of the attorneys who are principally responsible for this appeal, John Allcock and Stuart Pollack.  These commitments include expert discovery in a parallel case for both of these attorneys, a summary judgment hearing and mock trial in April for attorney Allcock, and a previously scheduled vacation for attorney Allcock starting in early May.

5.    Counsel for plaintiff-appellant has indicated that plaintiff-appellant

does not oppose the requested extension.

Executed on April 11, 2014, in New York, NY.

/s/ *Stuart E. Pollack*
Stuart E. Pollack

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **ST. JUDE MEDICAL'S UNOPPOSED MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE RESPONSE BRIEF** with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system on   April 11, 2014.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.


Dated:  April 11, 2014                          */s/ Stuart E. Pollack*
                                                 Stuart E. Pollack